<u>VIA ELECTRONIC FILING AND REGULAR MAIL</u>

September 5, 2006

MEMORANDUM TO COUNSEL

RE:  <u>Freeman & Assoc. v. Travelers Casualty</u>, 5:05-CV-34 (WDO)
     U.S. District Court, MDGA, Macon Division

    In response to defense counsel's letter of August 23, 2006, the parties shall inform the Court immediately after the September 20, 2006 mediation concludes regarding whether the matter still needs to be set down for a damages hearing at that time.

    Sincerely,

    S/
    Wilbur D. Owens, Jr.
    United States District Judge

c:  M. Michael Egan
    Hu Lovein

M. Michael Egan
1230 Peachtree Street, N.E., Ste. 1400
Atlanta, GA 30309-3574

Hubert C. Lovein, Jr.
P.O. Box 6437
Macon, GA 31208-6437